**LAW OFFICES OF PAUL DELANO WOLF**
PAUL D. WOLF, SBN 78624
LYNN M. KESLAR, SBN 191521
Evers Building
717 Washington Street, 2nd floor
Oakland, CA 94607
Telephone: (510) 451-4600
Facsimile: (510) 451-3002
paul@pdwolflaw.com
lynn@pdwolflaw.com

Attorneys for Defendant
HASAN SWAID

FILED
FEB 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Hasan Swaid, et. al.<br><br>Defendants. | Case Nos.  07-70057 WDB<br>(Hasan Swaid and<br>Rosemont Wholesale, Inc.)<br><br>07-70058 WDB<br>(Mohammed Aldhufri)<br><br>07-70059 WDB<br>(Mossleh Amari)<br><br>07-70060 WDB<br>(Nabil Munasar Alzoqari)<br><br>07-70062 WDB<br>(Wahidullah Ahmadi) |
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Sufian Khalil Al Khalidi and Basheer Mossleh Abdo Ammari,<br><br>Defendants. | Case No.   07-70078 WDB<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME FOR PRELIMINARY HEARING OR FILING OF INDICTMENT TO MARCH 12, 2007<br>(FRCP 5.1)<br><br>cc: Copies to parties via ECF, WDB's Stats |

U.S. v. KHALIDI, U.S. v. SWAID, ET AL., ORDER EXTENDING TIME FOR INDICTMENT

1   The Defendants in the above captioned matters, and the United States, through their
2   counsel, having agreed and consented to an extend the time for a preliminary hearing or the
3   filing of an indictment to March 12, 2007, and GOOD CAUSE having been found,
4   IT IS HEREBY ORDERED that
5   The time for preliminary hearing or filing of an indictment in the above captioned
6   matters, pursuant to Federal Rule of Criminal Procedure 5.1, shall be extended to March 12,
7   2007.
8   SO ORDERED.

2/21/07

The Honorable WAYNE D. BRAZIL
Magistrate Judge

U.S. v. KHALIDI, U.S. v. SWAID, ET AL., ORDER EXTENDING TIME FOR INDICTMENT