SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

KESLIE STEWART (CASBN 184090)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, CA, 94612
Telephone: (510) 637-3680
Email: Keslie.Stewart@usdoj.gov

Attorneys for Plaintiff

**FILED**

MAR 1 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4-07-70062-WDB |
| Plaintiff, | |
| v. | NOTICE OF DISMISSAL |
| UNITED STATES v. WAHIDULLAH AHMADI, | (Oakland Venue) |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint without prejudice.

DATED: March 19, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

DOUGLAS SPRAGUE
Chief, Oakland Branch Office

cc: WDB's Stats, Copy to parties via ECF, Pretrial Financial
I certified copy to Marshal

NOTICE OF DISMISSAL (CR 07-70062-WDB)

1 | Leave of Court is granted to the government to dismiss that indictment.
2 | Date: 3-19-07
3 | WAYNE D. BRAZIL
  | United States Magistrate Judge

Clerk to release passport to Mr. Ahmadi. WDB - 3-19-07

2